**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
Todd M. Friedman, Esq. (SBN: 216752)
tfriedman@toddflaw.com
21031 Ventura Boulevard, Suite #340
Woodland Hills, CA 91364
Telephone: (323) 306-4234
Facsimile: (866) 633-0228
**[Other Counsel on Signature Page]**

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LACCINOLE, on behalf of himself and all others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>CLARITY CAPITAL SOLUTIONS, LLC,<br><br>  Defendant. | CASE NO. 8:24-cv-02444-CBM-ADS<br><br>**NOTICE OF SETTLEMENT** |

## NOTICE OF SETTLEMENT

Plaintiff, Christopher Laccinole, by counsel, hereby notifies the Court that the parties have reached a settlement of all claims on an individual basis and will file a stipulation of dismissal with prejudice of such claims upon completion of the related settlement documentation.

- 1
NOTICE OF SETTLEMENT

Dated: April 14, 2025.

Respectfully submitted,

By: **/s/ Todd M. Friedman**
Todd M. Friedman
**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**

John A. Love*
**Love Consumer Law**
2500 Northwinds Parkway
Suite 330
Alpharetta, GA  30009
404.855.3600
tlove@loveconsumerlaw.com

*Attorneys for Plaintiff*

*Admitted *Pro Hac Vice*

# CERTIFICATE OF SERVICE

The undersigned, as attorney for Plaintiff, hereby states that a true and correct copy of the foregoing document was filed via the Court's electronic filing system which will cause a copy to be served upon all counsel of record.

Dated: April 14th, 2025

                               By: **/s/ Todd M. Friedman**
                               Todd M. Friedman
                               **LAW OFFICES OF TODD M. FRIEDMAN, P.C.**