**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
Todd M. Friedman, Esq. (SBN: 216752)
tfriedman@toddflaw.com
21031 Ventura Boulevard, Suite #340
Woodland Hills, CA 91364-6522
Telephone: (323) 306-4234
Facsimile: (866) 633-0228
**[Other Counsel on Signature Page]**

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LACCINOLE, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>CLARITY CAPITAL SOLUTIONS, LLC,<br><br>    Defendant. | Case 8:24-cv-02444-CBM-ADS<br><br>**JOINT STIPULATION OF DISMISSAL**<br><br>The Hon. Judge Consuelo B. Marshall |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Christopher Laccinole, and Defendant, Clarity Capital Solutions, LLC, by and through their undersigned attorneys, pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, hereby stipulate that all claims by

and between the parties are hereby dismissed with prejudice, without costs, disbursements, or attorneys' fees to either Plaintiff or Defendant.

Dated: June 9, 2025.

Respectfully submitted,

By: **/s/ Todd M. Friedman**
Todd M. Friedman
**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**

John A. Love*
**Love Consumer Law**
2500 Northwinds Parkway
Suite 330
Alpharetta, GA 30009
404.855.3600
tlove@loveconsumerlaw.com

*Attorneys for Plaintiff*

(* admitted *Pro Hac Vice*)

By: **/s/ Brett D. Watson**
Brett D. Watson (SBN 203183)
Email: bwatson@cozen.com
**COZEN O'CONNOR**
401 Wilshire Blvd., Suite 850
Santa Monica, CA 90401
Telephone: 213.892.7938
Facsimile: 213.7849082
Counsel for Defendant

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that I have filed a copy of the foregoing via the Court's CM/ECF system which will cause a copy to be served upon all counsel of record.

This 9th day of June, 2025.

By: **/s/ Todd M. Friedman**
Todd M. Friedman
**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**